## (October 15, 1941.)

ELIZABETH MEYERSON v. MARY COHEN and ALEX COHEN.— Motion granted to the extent stated in order. Motion for reargument of motion for a stay withdrawn. Order of this court entered October 3, 1941, vacated. [See *ante*, p. 989.] Order and judgment appealed from reversed and trial set for October 20, 1941. Plaintiff's husband, Julius Meyerson, to appear for examination before trial on October 17, 1941. If he fail to do so, or if plaintiff fail to proceed with the trial on October 20, 1941, except for reason stated in order, judgment shall be entered dismissing the complaint without notice as provided in order. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (October 17, 1941.)

WILLIAM P. REISNER, JR., and Another, Appellants, v. YOUNG MEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of MARY S. BURDAK and ANNA BURDAK PFENNING to Revoke, Vacate, Set Aside and Annul a Decree of the Surrogate's Court, New York County, Dated February 3, 1938, Appointing JAMES F. EGAN, Public Administrator of New York County, as Administrator, etc., of WARILY BURDAK, Deceased, etc. MARY S. BURDAK and ANNA BURDAK PFENNING, Appellants; JAMES F. EGAN, Public Administrator of New York County, and Another, Respondents.— Decree unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [173 Misc. 839.]

HENRY N. MOELLER, Individually and as Surviving Executor, etc., of HENRY MOELLER, Deceased, and Others, Respondents, v. AMERICAN SURETY COMPANY OF NEW YORK and Another, Defendants, Impleaded with ANITA MOELLER THOMAN, as Administratrix, etc., of PAULINE VON B. MOELLER, Deceased, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

IRVING H. SPIELMAN, Appellant, v. UNITED STATES RAW SKINS CORP., Respondent.— Order, so far as appealed from, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM L. CURTIN, Appellant.— Judgment and orders unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.